FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 05 2009 ★

LONG ISLAND OFFICE

US District Court
Eastern District of NY

Gilbert Roman,  Plaintiff

v.

NSA, CIA, NRO,  Defendants,

(SJ) CV-09-4281 COMPLAINT

BIANCO, J.

WALL, M.J.

I request a Court ORDER ordering the complete search and release of all requested information from the NSA, CIA, NRO. Exhibits A - B3 are from the NSA. Exhibits C - C2 are from the CIA. Exhibits D - D3 are from the NRO. The court will see the NSA and CIA refuse to HONOR the FREEDOM OF INFORMATION ACT.

Gilbert Roman
95-25-77th st
Ozone Pk., NY 11416

_____ Pro Se  10/1/09

REMEMBER TO RETURN 4 COMPLETE COPIES OF MY PAPER WORK: ALONG WITH THE RAISE SEAL FROM THIS COURT IF YOU WANT ME TO SERVE ALL DEFENDANTS AND THE US ATTORNEYS OFFICE.

PEOPLE DO NOT REFUSE TO ANSWER IF THEY HAVE NOTHING TO HIDE.

US District Court
Eastern District of NY

Gilbert Roman, Plaintiff

V.                                                                                                          AFFIDAVIT/ AFFIRMATION

NSA, CIA, NRO,   Defendants,

I Gilbert Roman says the following under penalty of perjury:

I Gilbert Roman, am the plaintiff in the above entitled action, and respectfully move this court to

Issue an ORDER to search for and release (if in chambers) all information from the defendants.

The reason I am entitled to the relief I seek is the following: Under the FOIA 5 USC Sec. 552;

And Vaughn v. Rosen 484 F2d 820 An agency must search and index properly all requested

Material.

Gilbert Roman Pro Se
95-25-77th st
Ozone Pk., NY 11416

PLEASE EXCUSE MY FILING ALL THESE CASES TOGETHER BUT BECAUSE OF THE HARSH INCREASE

IN MY TAXES ON MY INVESTMENT LOTS; I MUST COMBINE THE CASES. I FEEL THAT I WOULD HAVE

A BETTER CHANCE ONE BY ONE BUT I WILL TRY TO PAY MY OWN WAY BEFORE GOING POOR PERSON.

US District Court
Eastern District of NY

Gilbert Roman,  Plaintiff

V.                                             AFFIRMATION OF SERVICE

NSA, CIA, NRO,  Defendants,      **CV - 09 4281**

I Gilbert Roman, declare under penalty of perjury that I have served a copy of the attached

SUMMONS, COMPLAINT and supporting papers on:  US District Court
                                                             Eastern District of NY
                                                             100 Federal Plaza
                                                             Central Islip, NY 11722

I am awaiting for the clerk to send me 4 copies of my paper work with raised seal. I will serve

All parties then.

Gilbert Roman Pro Se
95-25-77th st
Ozone Pk, NY 11416



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

★   OCT 05 2009

LONG ISLAND OFFICE

FOIA Case: 58310
1 April 2009

Mr. Gilbert Roman
95-25 77th Street
Ozone Park, NY 11416

*This is the beginning of a new book investigation!*

Dear Mr. Roman:

    This responds to your Freedom of Information Act (FOIA) request of 6 March 2009, which was received by this office on 11 March 2009, for information on functional magnetic resonance imaging, the date it was put into service, and the first successful report on the first person it was used on successfully.

    For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester. As such, you are allowed 2 hours of search and the duplication of 100 pages at no cost. There are no assessable fees for this request.

    The National Security Agency/Central Security Service (NSA/CSS) is the nation's cryptologic organization, and we have a twofold mission. Our Information Assurance mission is to provide solutions, products, and services to protect U.S. information infrastructures critical to national security interests. In response to requirements set at the highest levels of government, our Signals Intelligence mission is to collect, process, and disseminate intelligence information from foreign signals for national foreign intelligence and counterintelligence purposes and to support military operations. Therefore, the information you request does not fall within the purview of this Agency, and a search for records responsive to your request would not be productive.

    The fact that we have determined the subject of your request does not fall within the purview of this Agency may be considered by you as an adverse determination. You are hereby advised of this Agency's appeal procedures. Any person notified of an adverse determination may file an appeal to the NSA/CSS Freedom of Information Act Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the initial denial

*Exhibit A*   *Enclosure*

letter. The appeal shall be in writing addressed to the NSA/CSS FOIA Appeal Authority (DJP4), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248. To aid in processing the appeal, it should reference the adverse determination and explain in sufficient detail and particularity the grounds upon which you believe a search is warranted. The NSA/CSS FOIA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent unusual circumstances.

We have enclosed a fact sheet describing NSA/CSS's mission, which we hope you will find useful and informative.

Sincerely,

PAMELA N. PHILLIPS
Acting Initial Denial Authority

A 1



**NATIONAL SECURITY AGENCY**
**CENTRAL SECURITY SERVICE**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 59231
5 August 2009

Mr. Gilbert Roman
95-25 77th Street
Ozone Pk, NY  11416

*The beginning of new book research*

Dear Mr. Roman:

    This responds to your Freedom of Information Act (FOIA) request of 18 July 2009, which was received by this office on 23 July 2009, for the following:

1. Information on the technology that allows you to send thoughts or implant thought to the person you are focused on;
2. The day it was perfected; the report on the first person it was used against successfully;
3. The report on how you can also cause behavior with this technology;
4. A complete search of all records from top secret to lowest level, to include stored and vaulted micro-film or documents records;
5. This information could be under W.A.R.P. systems but as you know you could hide records under any name and get a no records response.

Your request has been assigned Case Number 59231.

    Please be advised that this Agency is in receipt of your FOIA request received 11 March 2009 for records on magnetic resonance imaging, the date it was put into service, and the first successful report on the first person it was used on successfully.  For that request (FOIA Case 58310), we responded to you that the subject of your request was not within the purview of this Agency.  We interpret this current request from you to be on the same or similar topic, and our response remains the same:  the subject of this request is not within the purview of the National Security Agency.  For your convenience, we have enclosed a copy of your previous request and our response letter dated 1 April 2009.

*They refuse to process my request!?*

*Exhibit B*

FOIA Case: 59231

Because this Agency has already responded to you on this topic and has fully complied with its FOIA obligation, any future requests made by you concerning this topic will be filed with your previous FOIA case with no further action by this Agency.

Sincerely,

*for* Marianne Strupar

PAMELA N. PHILLIPS
Chief,
FOIA/PA Office

Encls:
a/s



# NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case No. 58310/Appeal No. 3435

11 September 2009

Mr. Gilbert Roman
95-25 77th Street
Ozone Park, NY 11416

Dear Mr. Roman:

    I am writing in response to your letter, postmarked 8 April 2009, appealing the National Security Agency's (NSA) determination that your Freedom of Information Act (FOIA) request fails to fall within the purview of this Agency. You had requested "information on Functional magnetic resonance imaging; the date it was put into service; and the first successful report on the first person it was used on successfully." I have reviewed your original request, the Acting Initial Denial Authority's response to you, and your letter of appeal. Based on my review, I have determined that requests for information concerning the records described above do not relate to NSA's two-fold mission, which was explained in the Acting Initial Denial Authority's letter to you, dated 1 April 2009. Therefore, the information you requested does not fall within the purview of this Agency, and a search for records responsive to your request would not be productive.

    It is my understanding that you have already filed a lawsuit against the Agency in the United States District Court for the Eastern District of New York. My records indicate that you filed said lawsuit on or about 15 July 2009 seeking judicial review of NSA's Acting Initial Denial Authority's denial of your 6 March 2009 request under the FOIA. I understand that this lawsuit was filed while your 8 April 2009 appeal was pending before the FOIA/PA Appeals Authority. Nevertheless, since I am denying your appeal herein, in accordance with 5 U.S.C. § 552(a)(6)(A)(ii), you are hereby advised of your right to seek judicial review of my decision in the United States District Court in the district in which you reside, in which you have your principal place of business, in which the Agency records are situated (United States District Court of Maryland), or in the District of Columbia.

                            Sincerely,

                             JOHN C. INGLIS
               Freedom of Information Act/Privacy Act
                         Appeals Authority

Exhibit B1

Gilbert Roman
95-25 77th st
Ozone pk., NY 11416
July 18, 2009

This request is made under the FREEDOM of Information Act and/or Privacy Act of 1974. My

Request is as follows:

1. Information on the technology that allows you to send thoughts or implant thoughts
   To the person you are focused on.
2. The day it was perfected; the report on the first person it was used against successfully.
3. The report on how you can also cause behavior; with this technology,
4. A complete search of all records from top secret to lowest level; to include stored and
   Vaulted micro-film or documents records.
5. This information could be under W.A.R.P. systems but as you know you could hide records
   Under any name and get a no records response.

This request should be made free of charge because of the civil rights violation, constitutional
Violations, against the AMERICAN people. If you can not make it free of charge I will
Authorize to pay 100 dollars a month for searches; when cleared by me. Do not lie. Cover-up
The truth because there will be judicial review and soon uninterrupted media coverage. The
Truth will set you free.


Thank You

B2

Gilbert Roman
95-25 77th st.
Ozone Pk., NY 11416
Aug. 10, 2009

Re: FOIA case 59231

    This is an appeal of your denial to process my request. Attached you shall find my request and

Your response not to make searches. This request should be made free of charge because of the

Public interest. Also because of all the civil and constitutional violations of the mis-use of

Modern day technology and none application of modern day technology. If you can not make

My request free of charge I will authorize to pay 100 dollars a month; upon my approval.

Gilbert Roman

B3



Central Intelligence Agency

Washington, D.C. 20505

July 30, 2009

Mr. Gilbert Roman
95-25 77th St
Ozone Park, NY 11416

Reference: F-2009-01444

Dear Mr. Roman:

This is a final response to your 18 July 2009 Freedom of Information Act (FOIA) request, received in the office of the Information and Privacy Coordinator on 24 July 2009, for records on the following:

1. Information on the technology that allows you to send thoughts or implant thoughts to the person you are focused on.
2. The day it was perfected; the report on the first person it was used against successfully.
3. The report on how you can also cause behavior; with this technology.
4. A complete search of all records from top secret to lowest level; to include stored and Vaulted micro-film or documents records.
5. This information could be under W.A.R.P. systems but as you know you could hide records under any name and get a no records response.
6. Information on Fractional Magnetic Resonance Imaging FMRI.
7. The date it was put into service.
8. The report on the first person it was used against successfully.
9. A complete search of all records from top-secret to lowest level; to include stored and Vaulted micro-film and documents.
10. An affidavit signed to state the degree of top-secret or lower level searches were made. To include how many minutes or hours searches were made.

Your FOIA request cannot be accepted in its current form, because it would require the Agency to perform an unreasonably burdensome search. The FOIA requires requesters to "reasonably describe" the information they seek so that professional employees familiar with the subject matter can locate responsive information with a reasonable amount of effort. Because of the breadth and lack of specificity of your request, and the way in which our records systems are configured, the Agency cannot conduct a reasonable search for information responsive to your request. We encourage you to refine the scope of your request (such as including a **time frame** for, and **narrower, more specific descriptions** of, the information you seek) to enable us to conduct a reasonable search for responsive information.

Sincerely,

Delores M. Nelson
Information and Privacy Coordinator

C

Gilbert Roman
95-25 77th st.
Ozone pk., NY 11416
Aug. 6, 2009

Re: F-2009-01444

    This is an appeal of your denial to process my request. Attached you shall find my request and your Response. I stated that this request should be made free of charge because of the civil rights Violations, constitutional violations against the American people. If they could not be made free of I will authorize to pay 100 dollars a month for services; when cleared by me. Not to search is in Direct violation of the Freedom of Information Act and/or Privacy Act of 1974. So yet another court Case will take place if you still refuse to uphold and defend the constitution of the US on foreign and Domestic soil; from all who would violate it.

C1

Gilbert Roman
95-25 77th st
Ozone pk., NY 11416
July 18, 2009

This request is made under the FREEDOM of Information Act and/or Privacy Act of 1974. My

Request is as follows:

1. Information on the technology that allows you to send thoughts or implant thoughts
   To the person you are focused on.
2. The day it was perfected; the report on the first person it was used against successfully.
3. The report on how you can also cause behavior; with this technology,
4. A complete search of all records from top secret to lowest level; to include stored and
   Vaulted micro-film or documents records.
5. This information could be under W.A.R.P. systems but as you know you could hide records
   Under any name and get a no records response.
6. Information on Fractional Magnetic Resonance Imaging FMRI
7. The date it was put into service.
8. The report on the first person it was used against successfully.
9. A complete search of all records from top-secret to lowest level; to include stored and
   Vaulted micro-film and documents.
10. An affidavit signed to state the degree of top-secret or lower level searches
    Were made. To include how many minutes or hours were searches made.
    This request should be made free of charge because of the civil rights violation, constitutional
    Violations, against the AMERICAN people. If you can not make it free of charge I will
    Authorize to pay 100 dollars a month for searches; when cleared by me. Do not lie. Cover-up
    The truth because there will be judicial review and soon uninterrupted media coverage. The
    Truth will set you free.

Thank You

C 2



**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

23 July 2009

Gilbert Roman
95-25 77th Street
Ozone Park, NY 11416

Dear Mr. Roman:

This is in response to your letter, dated 18 July 2009, received in the Information Management Services Center of the National Reconnaissance Office (NRO) on 23 July 2009. Pursuant to the Freedom of Information Act (FOIA), you are requesting:

> "1. ...Information on the technology that allows you to send thoughts or implant thoughts To the person you are focused on.
> 2. The day it was perfected; the report on the first person it was used against successfully.
> 3. The report on how you can also cause behavior; with this technology."

We have accepted your request. It will be processed in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the NRO Operational File Exemption, 50 U.S.C. § 432a. Unless you object, we will limit our search to NRO-originated records existing through the date of this acceptance letter.

Since we may not respond within the 20 working days stipulated by the Act, you have the right to consider this as a denial and may appeal to the NRO Appeal Review Panel. It would seem more reasonable, however, to have us continue processing your request and respond as soon as we can. You may appeal any denial of records at that time. Unless we hear from you otherwise, we will assume that you agree, and will proceed on this basis. Fees are incurred whether we find responsive records or not.

The FOIA authorizes federal agencies to assess fees for record services. Based upon the information provided, you have been placed in the "other" category of requesters, which means you are responsible for the cost of search time exceeding two hours ($44.00/hour) and reproduction fees (.15 per page) exceeding 100 pages.



In your letter, you indicated a willingness "to pay 100 dollars a month for searches; when cleared by me." We will notify you if assessable fees meet or exceed our minimum billing threshold of $25.00.

Regarding your request for a fee waiver, please be advised that fee waivers or reductions are granted when there is a public interest in disclosure of information, which will contribute significantly to the public's understanding of the operations or activities of the NRO. A decision to waive or reduce fees cannot be made until after any responsive documents to be disclosed have been reviewed for "public interest".

If you have any questions, please call the Requester Service Center at (703) 227-9326 and reference case number F09-0108.

Sincerely,

Linda S. Hathaway
Chief, Information Access
and Release Team



**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

19 August 2009

Gilbert Roman
95-25 77th Street
Ozone Park, NY 11416

Dear Mr. Roman:

This is in response to your letter, dated 18 July 2009, received in the Information Management Services Center of the National Reconnaissance Office (NRO) on 23 July 2009. Pursuant to the Freedom of Information Act (FOIA), you are requesting:

"1. ...Information on the technology that allows you to send thoughts or implant thoughts To the person you are focused on.
2. The day it was perfected; the report on the first person it was used against successfully.
3. The report on how you can also cause behavior; with this technology."

Your request was processed in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the NRO Operational File Exemption, 50 U.S.C. § 432a. A thorough search for NRO-originated records in our files and databases revealed that we have no responsive records pertaining to your request.

The FOIA authorizes federal agencies to assess fees for record services. Based upon the information provided, you have been placed in the "other" category of requesters, which means you are responsible for the cost of search time exceeding two hours ($44.00/hour) and reproduction fees (.15 per page) exceeding 100 pages. Fees incurred in processing your request are $22.00 for ½ hour search time in excess of the two hours provided at no charge under the FOIA. As this amount is less than our $25.00 billing threshold, these fees are being waived.

You have the right to appeal this determination by addressing your appeal to the NRO Appeal Authority, 14675 Lee Road, Chantilly, VA 20151-1715, within 60 days of the date of this letter. Should you decide to do so, please explain the basis of your appeal.

D)

If you have any questions, please call the Requester Service Center at (703) 227-9326 and reference case number F09-0108.

Sincerely,

Linda S. Hathaway
Chief, Information Access
and Release Team

Gilbert Roman
95-25 77th st
Ozone pk., NY 11416
July 18, 2009

This request is made under the FREEDOM of Information Act and/or Privacy Act of 1974. My

Request is as follows:

1. Information on the technology that allows you to send thoughts or implant thoughts
   To the person you are focused on.
2. The day it was perfected; the report on the first person it was used against successfully.
3. The report on how you can also cause behavior; with this technology,
4. A complete search of all records from top secret to lowest level; to include stored and
   Vaulted micro-film or documents records.
5. This information could be under W.A.R.P. systems but as you know you could hide records
   Under any name and get a no records response.

This request should be made free of charge because of the civil rights violation, constitutional
Violations, against the AMERICAN people. If you can not make it free of charge I will
Authorize to pay 100 dollars a month for searches; when cleared by me. Do not lie. Cover-up
The truth because there will be judicial review and soon uninterrupted media coverage. The
Truth will set you free.


Thank You

D-2

Gilbert Roman
95-25 77th st
Ozone Pk., NY 11416
Sept. 3, 2009

Re: NRO APPEAL   F09-0108

This is an appeal of your response letter dated Aug. 19, 2009. I respectfully request that further searches be made. From top secret to lower level searches. And remember the name of the system may be W.A.R.P. systems. That this request should be made free of charge because of the public interest.
If you can not make it free of charge; please bill me for your cost. Attached you shall find all request And responses.

Respectfully Submitted,

_____

D3